IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-02333-WDM-BNB

MICHEL ANDRE LEFORTUNE,

    Plaintiff,

v.

LORA KRISTA,

    Defendant.

## ORDER OF REMAND

Miller, J.

    This case is before me on the Notice of Removal filed by Defendant Lora Krista. The Notice, filed November 6, 2007, states only that the case is being removed pursuant to 28 U.S.C. § 1446 and includes as attachments a pending motion to disqualify opposing counsel, filed in the state court, and a certification that the notice of removal was served on various parties, including the Colorado Court of Appeals.

    There is a presumption against removal jurisdiction and, therefore, all doubts are resolved in favor of remand. *See, e.g., Martin v. Franklin Capital Corp.*, 251 F.3d 1284, 1289 (10th Cir. 2001); *Fajen v. Found. Reserve Ins. Co.*, 683 F.2d 331, 333 (10th Cir. 1982). Defendant's Notice does not comply with 28 U.S.C. § 1446, which requires that a notice of removal be filed within 30 days of the defendant's receipt of the initial pleading in the state court action, that the notice contain "a short and plain statement of the grounds for removal," and that the notice be filed along with copies of all pleadings

and orders in the pending action. I cannot determine whether the removal is timely, although I suspect it is not. It appears that the state court case has been pending for some time and may even be on appeal at this time. In addition, because Defendant did not append copies of the complaint or other pleadings from the state action, I cannot determine whether this court has jurisdiction over the matter. Although Defendant recites the statute relating to civil rights cases, the meager pleadings included with her Notice indicate that the underlying matter is a dissolution of marriage action, which does not fall within the jurisdiction of this court or implicate constitutional rights.

Accordingly, it is ordered:

1. This case shall be remanded to the District Court, Elbert County, Colorado.

DATED at Denver, Colorado, on November 8, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge